IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  01-cr-00214-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      WILLIE SMALL, et al.,

      Defendants.

---

## MOTION TO WITHDRAW

---

      The United States of America, by Troy A. Eid, United States Attorney for the District of Colorado, and Guy Till, Assistant United States Attorney, hereby files its Motion to Withdraw requesting that AUSA Kathleen M. Tafoya be permitted to withdraw as counsel of record in the above-captioned case.  As grounds for this motion, the government states that AUSA Kathleen M. Tafoya is no longer with the U.S. Attorney's Office.

      Dated this 10th day of January, 2008.

      Respectfully submitted,

      TROY A. EID
      United States Attorney

      By:  *s/Guy Till*
      GUY TILL
      Assistant United States Attorney
      U.S. Attorney's Office
      1225 17th Street, Suite 700
      Denver, Colorado 80202
      Phone:  (303) 454-0100
      Fax: (303) 454-0401
      Guy.Till@usdoj.gov
      Attorney for Government

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of January, 2008, I electronically filed the foregoing MOTION TO WITHDRAW with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

      *s/Diana Brown*
DIANA BROWN
Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Phone: 303-454-0358
Fax: 303-454-0401
Diana.Brown@usdoj.gov